### 60954. MERKERSON v. THE STATE.

Smith, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED NOVEMBER 3, 1980 — DECIDED
,NOVEMBER 17, 1980.

*Robert M. Coker,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Charles R. Hadaway, Assistant District Attorneys,* for appellee.